Jurisdiction relinquished.

■

**Henry WILSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**